United States District Court
Southern District of Texas
**ENTERED**
February 03, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Donna Jo Ware, *Plaintiff*, | § § § | |
| v. | § § § | Civil Action H-20-1275 |
| Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, *Defendant*. | § § § § | |

## ORDER OF ADOPTION

On January 19, 2022, Magistrate Judge Peter Bray recommended that Donna Jo Ware's cross-motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. ECF No. 18. Plaintiff filed what the court construes as objections. ECF No. 19. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed on February 3, 2022, at Houston, Texas.

_____
David Hittner
United States District Judge

2